CARTIN v. HARRISON

No. 471P02

Case below: 151 N.C. App. 697

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 21 November 2002.

CONSECO FIN. SERVICING CORP. v. DEPENDABLE HOUSING, INC.

No. 285P02

Case below: 150 N.C. App. 168

Joint motion to withdraw petition for discretionary review allowed 19 November 2002.

DAVIS v. GENERAL MOTORS

No. 235P02

Case below: 149 N.C. App. 667

Petition by plaintiff pro se for discretionary review pursuant to G.S. 7A-31 denied 21 November 2002.

DEPARTMENT OF TRANSP. v. BLUE

No. 40P02

Case below: 147 N.C. App. 596

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 21 November 2002. Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 21 November 2002.

DODDER v. YATES CONSTR. CO.

No. 517P02

Case below: 152 N.C. App. 477

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 21 November 2002.